# LONG ISLAND UNIVERSITY

Office of the University Counsel
700 Northern Boulevard
Brookville, New York 11548-1327
Phone: 516-299-2273

Keegan Sapp
Associate Counsel
Keegan.Sapp@liu.edu

August 17, 2022

**VIA ECF**

Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    **Colletta v. Northwell Health *et al.*,** 2:17-cv-06652-JMA-SIL

Dear Judge Locke:

Kindly accept this letter correspondence as the undersigned's application to withdraw as attorney of record for Defendants in the above-referenced action.

The reason for my application is that I am no longer an associate at the law firm of Littler Mendelson, P.C.

As of July 25, 2022, I have been the Associate Counsel for Long Island University. The Defendants will continue to be represented by attorneys of record from the law firm of Littler Mendelson, P.C.

Accordingly, I respectfully request that the Court grant my application to withdraw as counsel of record for the Defendants and instruct the Clerk of the Court to remove me from any applicable service list and to terminate the delivery of all CM/ECF notices to me in the above-referenced action.

Thank you for your time and consideration of this instant request.

Respectfully Submitted,

Keegan Sapp