| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

BEFORE: STEVEN I. LOCKE                                                    DATE: 2/27/2025
       U.S. MAGISTRATE JUDGE                                     TIME:   11:30 am

CASE:  **CV 17-6652(JMA) Colletta v. Northwell Health et al**

TYPE OF CONFERENCE:  MOTION                 FTR: 11:30-12:03
APPEARANCES:
    For Plaintiff:   <u>Marty Colletta (pro se)</u>

    For Defendant: <u>Joseph Gusmano and Lisa Griffith</u>

**THE FOLLOWING RULINGS WERE MADE:**

☒   Order:   Motion hearing and status conference held.   Defendants will produce their expert reports on March 20, 2025.  Plaintiff will sit for a further 4-hour deposition to take place at the courthouse on March 5, 2025 at 10:00am.  Defendants will make all the arrangements for the deposition and notify Plaintiff accordingly.  Plaintiff's motion to compel, DE [190], Is granted in part and denied in part.  Defendants will look to see whether they have any other assignment sheets or work staff schedules that have not been produced, and if so produce them.  This production will be served on March 20, 2025.  If there are no other responsive documents to produce, Defendants will confirm this in writing.  On March 28, 2025, the parties will file a joint status letter to confirm that this has all occurred. Once this confirmed, the Court will close discovery and provide a deadline to commence summary judgment motion practice.


                                            SO ORDERED

                                            /s/Steven I. Locke
                                           STEVEN I. LOCKE
                                           United States Magistrate Judge